# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GULF ISLAND SHIPYARDS, LLC

VERSUS

HORNBECK OFFSHORE SERVICES, LLC

NO.  2023 CW 0928

**OCTOBER 10, 2023**

---

In Re:   Zurich American Insurance Company and Fidelity and Deposit Company of Maryland, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201814866.

---

**BEFORE:  McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DISMISSED.**   This writ application is dismissed, pursuant to relators' correspondence filed on October 4, 2023, advising that all claims and causes of action asserted in the captioned lawsuit have been dismissed and requesting that the writ application be dismissed as moot.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT